UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

TERRY WAYNE BOOKER AND
CARMON JEAN BOOKER

        CASE NO. 11-50631-KKS
        CHAPTER 11

Debtor(s).

_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

    COMES NOW Movant, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3, a secured creditor, by and through its undersigned counsel, and respectfully moves this court pursuant to 11 U.S.C. §362(d) of the Bankruptcy Code to grant relief from stay or require Debtor(s) to provide adequate protection to Movant and as grounds in support thereof would show the following:

    1.    That this is a Motion pursuant to Bankruptcy Rule 4001(a) for relief from the Automatic Stay

    2.    On December 1, 2011, TERRY WAYNE BOOKER AND CARMON JEAN BOOKER, ("Debtors") filed a petition for relief under the Bankruptcy Code.

    3.    Movant is the holder by Endorsed Note and Assignment Document Number 11108011, of a secured claim against Debtor, pursuant to a Promissory Note executed by CARMON J BOOKER and Mortgage from CARMON J BOOKER and TERRY BOOKER to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BNC MORTGAGE, INC. dated March 10, 2006, recorded in Shelby County, Tennessee, on March 22, 2006, by Document Number 06045006, which constitutes a lien upon real property described as follows:

> **LOT 91, FINAL PLAT, PHASE 12, PART OF PARCEL 7, WOODLAND HILLS P.D., AS SHOWN IN PLAT BOOK 206, PAGE 22, IN THE REGISTER`S OFFICE OF SHELBY COUNTY, TENNESSEE TO WHICH PLAT REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID PROPERTY.**

888161042

**a/k/a 9694 WOODLAND EDGE LN, CORDOVA, TN 38018-6691**

as evidenced by the Promissory Note, Mortgage and Assignment of Mortgage (the "Loan Documents") attached hereto as Exhibit "A". Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original Mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

    4. Pursuant to the Debtors' Chapter 11 Plan, the Debtors intended to seek Mortgage Modification Mediation.

    5. The Court entered an Order Confirming Amended Chapter 11 Plan [DE-245] on October 1, 2014.

    6. The Order Granting in Part and Denying in Part Motion for Relief from Stay [DE-441] was entered on June 23, 2017 to allow the Debtor to file for Mortgage Modification Mediation.

    7. The Debtors has failed to comply with the above order and has not filed a Motion for Mortgage Modification Mediation.

    8. The Loan Documents are in default in that the Debtors failed to make the contractual mortgage payment due under the Loan Documents on June 1, 2015, and thereafter.

    9. In addition, late charges and other costs and expenses are now due and owing, as set forth on the Affidavit of Indebtedness in support of this motion, attached hereto.

    10. Debtors have no equity in the real property, as evidenced by the report from the property appraiser's office of Shelby County for a Total Assessment Value of $71,950.00, which report is attached hereto as Exhibit B.

    11. Cause exists for relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), because the Movant`s interest in the Property is not adequately protected. Additionally, pursuant to 11 U.S.C. § 362(d)(2), the Debtor has no equity in the Property and the Property is not necessary for an effective reorganization

    12. Movant respectfully requests the court to permit Movant to offer and provide Debtor(s) with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and furthermore, to enter into such agreement with Debtor(s).

888161042

13. Movant requests that if Debtors converts this case to another chapter then the relief granted herein will survive any such conversion; and if converted Debtors will not be allowed to include Movant in a plan of reorganization.

14. Creditor believes that the 14 day stay period set forth in Bankruptcy Rule 4001(a)(3) is not applicable in this case, and requests the Court to waive the 14 day stay so that Creditor may immediately enforce and implement any Order granting the relief requested herein.

WHEREFORE Movant prays this Court

A.  Enter its order in rem, granting relief from automatic stay to allow Creditor to pursue remedies via foreclosure, or in the alternative; that

B.  That the automatic stay be modified to permit Movant to contact the Debtors by telephone or written correspondence and, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement; and

C.  That the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) be waived so that U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 can pursue its in rem relief without further delay; and

D.  For such other and further relief as the Court may deem just and proper.

EXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By: /s/ Brian M. Guertin
Brian M. Guertin
Florida Bar 109105

888161042

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on  _April 19_ , 2017, by U.S. Mail and/or electronic mail via CM/ECF to as well as the attached Creditor's Matrix:

CHARLES M. WYNN, ESQ.
P.O. BOX 146
MARIANNA, FL 32447
CANDY@WYNNLAW-FL.COM

JASON H. EGAN
110 E. PARK AVENUE
SUITE 128
TALLAHASSEE, FL 32301
JASON.H.EGAN@USDOJ.GOV

    The parties identified below were served on _April 19, 2018_ by U.S. Mail.

CARMON JEAN BOOKER
8317 FRONT BEACH ROAD SUITE 29A1
PANAMA CITY BEACH, FL 32407

TERRY WAYNE BOOKER
8317 FRONT BEACH ROAD SUITE 29A1
PANAMA CITY BEACH, FL 32407

    EXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By:  /s/ Brian M. Guertin
Brian M. Guertin
Florida Bar 109105

888161042